**In re: Sheila Ollisa MCCOY, Debtor.**

**Sheila Ollisa McCoy, Appellant,**

v.

**Rosemont Auto Title Loans, Appellee,**

and

**United States Trustee,
Party in interest.**

No. 06–2141.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: Feb. 27, 2007.

Sheila Ollisa McCoy, Appellant Pro Se.

Tom Cain Smith, Jr., Law Offices of Tom C. Smith, Virginia Beach, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Ollisa McCoy appeals the district court's orders (1) affirming the bankruptcy court's order denying her motion to avoid the Appellee' s interest in her vehicle, pursuant to 11 U.S.C. § 522(F) (2000), and (2) denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCoy v. Rosemont Auto Title Loans,* No. 2:06–cv–00344–JBF (E.D.Va. Oct. 5, 2006). We dispense with oral argument because the facts and legal contentions are ade-quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*